1
2   **STEPTOE LLP**
    JULIA B. STRICKLAND (State Bar No. 83013)
3   *jstrickland@steptoe.com*
    ADAM R. HOOCK (State Bar No. 340811)
4   *ahoock@steptoe.com*
    2029 Century Park East, Suite 980
5   Los Angeles, California 90067-3086
    Telephone: 213-439-9400
6   Facsimile: 213-439-9598
    Email: *docketing@steptoe.com*
7
    Attorneys for Defendant
8     JPMORGAN CHASE BANK, N.A.

9                    **UNITED STATES DISTRICT COURT**

10                   **CENTRAL DISTRICT OF CALIFORNIA**

11

12  SHANGJIN CHEN, an individual;        ) Case No. 2:23-cv-10874-SPG-AS
    DANHONG CHEN, an individual,          )
13                                        )
                Plaintiffs,               ) **ANSWER AND AFFIRMATIVE**
14                                        ) **DEFENSES OF DEFENDANT**
         v.                               ) **JPMORGAN CHASE BANK, N.A.,**
15                                        ) **TO THIRD AMENDED**
16  JPMORGAN CHASE BANK, N.A., a         ) **COMPLAINT**
    New York corporation; BANK OF        )
17  AMERICA, N.A., a Delaware corporation; )
    MERRILL LYNCH, PIERCE, FENNER        )
18  & SMITH INC., a Delaware corporation, )
    and DOES 1 through 10, inclusive,    )
19                                        )
20              Defendants.               )
                                          )
21  _____ )

22

23

24

25

26

27

28

Defendant JPMorgan Chase Bank, N.A. ("Chase"), hereby answers the Third Amended Complaint ("Complaint") filed by plaintiffs Shangjin Chen ("Shangjin") and Danhong Chen ("Danhong") (collectively, "Plaintiffs") as follows:

## INTRODUCTION

1.      Answering Paragraph 1 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in Paragraph 1 and, on that basis, denies the allegations contained therein.

2.      Answering Paragraph 2 of the Complaint, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 2.

3.      Answering Paragraph 3 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in Paragraph 3 and, on that basis, denies the allegations contained therein.

4.      Answering Paragraph 4 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in Paragraph 4 and, on that basis, denies the allegations contained therein.

5.      Answering Paragraph 5 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in Paragraph 5 and, on that basis, denies the allegations contained therein.

6.      Answering Paragraph 6 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in Paragraph 6 and, on that basis, denies the allegations contained therein.

7.      Answering Paragraph 7 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in Paragraph 7 and, on that basis, denies the allegations contained therein.

8.      Answering Paragraph 8 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in Paragraph 8 and, on that basis, denies the allegations contained therein.

9.      Answering Paragraph 9 of the Complaint, Chase denies the allegations contained therein as directed to it.  Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the remaining allegations in Paragraph 9 and, on that basis, denies the allegations contained therein.

10.     Answering Paragraph 10 of the Complaint, Chase denies that it engaged in any of the allegedly improper conduct alleged in the Third Amended Complaint, denies any liability to Plaintiffs, and denies that Plaintiffs are entitled to any relief requested therein or any relief whatsoever from Chase, including, without limitation, compensatory and punitive damages, restitution, interest, and attorneys' fees and costs, or any relief whatsoever from Chase.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT JPMORGAN
CHASE BANK, N.A., TO THIRD AMENDED COMPLAINT
Case No. 2:23-CV-10874-SPG-AS

**THE PARTIES**

11.    Answering Paragraph 11 of the Complaint, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 11.

12.    Answering Paragraph 12 of the Complaint, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 12.

13.    Answering Paragraph 13 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 13.

14.    Answering Paragraph 14 of the Complaint, Chase admits that it is a national banking association organized and operating pursuant to the laws of the United States of America with its main office in Columbus, Ohio, that it is authorized to do business in this district.  Except as expressly stated, Chase denies the allegations in Paragraph 14.

15.    Answering Paragraph 15 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 15.

16.    Answering Paragraph 16 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 16.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT JPMORGAN
CHASE BANK, N.A., TO THIRD AMENDED COMPLAINT
Case No. 2:23-CV-10874-SPG-AS

**JURISDICTION AND VENUE**

17.    Answering Paragraph 17 of the Complaint, reserving its right to compel arbitration of Plaintiffs' claims against it, Chase states that, for purposes of this action only, it does not challenge jurisdiction, but denies that it engaged in any of the allegedly improper conduct alleged in the Thid Amended Complaint, denies liability to Plaintiffs, and denies that Plaintiffs are entitled to any relief whatsoever from Chase.

18.    Answering Paragraph 18 of the Complaint, reserving its right to compel arbitration of Plaintiffs' claims against it, Chase states that, for purposes of this action only, it does not challenge venue, but denies that it engaged in any of the allegedly improper conduct alleged in the Third Amended Complaint, denies liability to Plaintiffs, and denies that Plaintiffs are entitled to any relief whatsoever from Chase.

**GENERAL ALLEGATIONS**

A.  **Plaintiffs' Bank of America and Merrill Lynch Accounts**

19.    Answering Paragraph 19 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 19.

20.    Answering Paragraph 20 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 20.

21.    Answering Paragraph 21 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this

time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 21.

22.     Answering Paragraph 22 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 22.

23.     Answering Paragraph 23 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 23.

24.     Answering Paragraph 24 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 24.

25.     Answering Paragraph 25 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 25.

26.     Answering Paragraph 26 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 26.

27.     Answering Paragraph 27 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 27.

28.     Answering Paragraph 28 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 28.

29.     Answering Paragraph 29 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 29.

30.     Answering Paragraph 30 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 30.

31.     Answering Paragraph 31 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 31.

32.     Answering Paragraph 32 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this

time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 32.

33.     Answering Paragraph 33 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 33.

34.     Answering Paragraph 34 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 34.

35.     Answering Paragraph 35 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 35.

36.     Answering Paragraph 36 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 36.

37.     Answering Paragraph 37 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 37.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT JPMORGAN
CHASE BANK, N.A., TO THIRD AMENDED COMPLAINT
Case No. 2:23-CV-10874-SPG-AS

38.     Answering Paragraph 38 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 38.

39.     Answering Paragraph 39 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 39.

40.     Answering Paragraph 40 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 40.

41.     Answering Paragraph 41 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 41.

42.     Answering Paragraph 42 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 42.

43.     Answering Paragraph 43 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this

time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 43.

44.     Answering Paragraph 44 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 44.

45.     Answering Paragraph 45 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 45.

46.     Answering Paragraph 46 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 46.

47.     Answering Paragraph 47 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 47.

**B.  Shangjin's JPMorgan Chase Accounts**

48.     Answering Paragraph 48 of the Complaint, Chase's records indicate that on July 11, 2019, Plaintiff Shangjin Chen opened a checking account and a savings with Chase. Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and, on that basis, denies the remaining allegations contained in Paragraph 48.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT JPMORGAN
CHASE BANK, N.A., TO THIRD AMENDED COMPLAINT
Case No. 2:23-CV-10874-SPG-AS

49.     Answering Paragraph 49 of the Complaint, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 49.

50.     Answering Paragraph 50 of the Complaint, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 50.

51.     Answering Paragraph 51 of the Complaint, Chase denies the allegations contained in Paragraph 51.

52.     Answering Paragraph 52 of the Complaint, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the remaining allegations contained in Paragraph 52.

53.     Answering Paragraph 53 of the Complaint, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the remaining allegations contained in Paragraph 53.

54.     Answering Paragraph 54 of the Complaint, Chase states that any letter to Plaintiff Shangjin Chen from Chase speaks for itself and Chase denies any allegations that are inconsistent therewith. Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and, on that basis, denies the remaining allegations contained in Paragraph 54.

55.     Answering Paragraph 55 of the Complaint, Chase states that its letter to Plaintiff Shangjin Chen speaks for itself and Chase denies any allegations that are inconsistent therewith.

*     *     *

56.     Answering Paragraph 56 of the Complaint, Chase denies the allegations contained therein as directed to it.  Chase denies that it engaged in any of the

allegedly improper conduct alleged in the Third Amended Complaint, denies any liability to Plaintiffs, and denies that Plaintiffs are entitled to any relief requested therein or any relief whatsoever from Chase. Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the remaining allegations in Paragraph 56 and, on that basis, denies the allegations contained therein.

57.    Answering Paragraph 57 of the Complaint, Chase denies the allegations contained therein as directed to it.  Chase denies that it engaged in any of the allegedly improper conduct alleged in the Third Amended Complaint, denies any liability to Plaintiffs, and denies that Plaintiffs are entitled to any relief requested therein or any relief whatsoever from Chase. Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the remaining allegations in Paragraph 57 and, on that basis, denies the allegations contained therein.

58.    Answering Paragraph 58 of the Complaint, Chase admits the allegations contained therein.

## FIRST CAUSE OF ACTION

### Violation of California Commercial Code, Division 11

### (Cal. Com. Code § 11101, et *seq.*)

### (By Shangjin Chen and Danhong Chen Against BANA)

59.    Answering Paragraph 59 of the Complaint, Chase incorporates by reference its responses to Paragraph 1 through 58, above, as if fully set forth herein.

60.    Answering Paragraph 60 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 60.

61.    Answering Paragraph 61 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this

1    time sufficient to form a belief as to the truth of the allegations in this Paragraph and,

2    on that basis, denies the allegations contained in Paragraph 61.

3         62.    Answering Paragraph 62 of the Complaint, Chase states that there are no

4    allegations in this Paragraph directed to Chase and therefore no response is required.

5    To the extent a response is required, Chase lacks knowledge or information at this

6    time sufficient to form a belief as to the truth of the allegations in this Paragraph and,

7    on that basis, denies the allegations contained in Paragraph 62.

8         63.    Answering Paragraph 63 of the Complaint, Chase states that there are no

9    allegations in this Paragraph directed to Chase and therefore no response is required.

10   To the extent a response is required, Chase lacks knowledge or information at this

11   time sufficient to form a belief as to the truth of the allegations in this Paragraph and,

12   on that basis, denies the allegations contained in Paragraph 63.

13        64.    Answering Paragraph 64 of the Complaint, Chase states that there are no

14   allegations in this Paragraph directed to Chase and therefore no response is required.

15   To the extent a response is required, Chase lacks knowledge or information at this

16   time sufficient to form a belief as to the truth of the allegations in this Paragraph and,

17   on that basis, denies the allegations contained in Paragraph 64.

18        65.    Answering Paragraph 65 of the Complaint, Chase states that there are no

19   allegations in this Paragraph directed to Chase and therefore no response is required.

20   To the extent a response is required, Chase lacks knowledge or information at this

21   time sufficient to form a belief as to the truth of the allegations in this Paragraph and,

22   on that basis, denies the allegations contained in Paragraph 65.

23        66.    Answering Paragraph 66 of the Complaint, Chase states that there are no

24   allegations in this Paragraph directed to Chase and therefore no response is required.

25   To the extent a response is required, Chase lacks knowledge or information at this

26   time sufficient to form a belief as to the truth of the allegations in this Paragraph and,

27   on that basis, denies the allegations contained in Paragraph 66.

28

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT JPMORGAN
CHASE BANK, N.A., TO THIRD AMENDED COMPLAINT
Case No. 2:23-CV-10874-SPG-AS

67.     Answering Paragraph 67 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 67.

68.     Answering Paragraph 68 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 68.

69.     Answering Paragraph 69 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 69.

70.     Answering Paragraph 70 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 70.

71.     Answering Paragraph 71 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 71.

72.     Answering Paragraph 72 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this

1    time sufficient to form a belief as to the truth of the allegations in this Paragraph and,

2    on that basis, denies the allegations contained in Paragraph 72.

3          73.    Answering Paragraph 73 of the Complaint, Chase states that there are no

4    allegations in this Paragraph directed to Chase and therefore no response is required.

5    To the extent a response is required, Chase lacks knowledge or information at this

6    time sufficient to form a belief as to the truth of the allegations in this Paragraph and,

7    on that basis, denies the allegations contained in Paragraph 73.

8          74.    Answering Paragraph 74 of the Complaint, Chase states that there are no

9    allegations in this Paragraph directed to Chase and therefore no response is required.

10   To the extent a response is required, Chase lacks knowledge or information at this

11   time sufficient to form a belief as to the truth of the allegations in this Paragraph and,

12   on that basis, denies the allegations contained in Paragraph 74.

13         75.    Answering Paragraph 75 of the Complaint, Chase states that there are no

14   allegations in this Paragraph directed to Chase and therefore no response is required.

15   To the extent a response is required, Chase lacks knowledge or information at this

16   time sufficient to form a belief as to the truth of the allegations in this Paragraph and,

17   on that basis, denies the allegations contained in Paragraph 75.

18         76.    Answering Paragraph 76 of the Complaint, Chase states that there are no

19   allegations in this Paragraph directed to Chase and therefore no response is required.

20   To the extent a response is required, Chase lacks knowledge or information at this

21   time sufficient to form a belief as to the truth of the allegations in this Paragraph and,

22   on that basis, denies the allegations contained in Paragraph 76.

23         77.    Answering Paragraph 77 of the Complaint, Chase states that there are no

24   allegations in this Paragraph directed to Chase and therefore no response is required.

25   To the extent a response is required, Chase lacks knowledge or information at this

26   time sufficient to form a belief as to the truth of the allegations in this Paragraph and,

27   on that basis, denies the allegations contained in Paragraph 77.

28

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT JPMORGAN
CHASE BANK, N.A., TO THIRD AMENDED COMPLAINT
Case No. 2:23-CV-10874-SPG-AS

78.    Answering Paragraph 78 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 78.

79.    Answering Paragraph 79 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 79.

80.    Answering Paragraph 80 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 80.

81.    Answering Paragraph 81 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 81.

82.    Answering Paragraph 82 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 82.

83.    Answering Paragraph 83 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this

1    time sufficient to form a belief as to the truth of the allegations in this Paragraph and,

2    on that basis, denies the allegations contained in Paragraph 83.

3         84.    Answering Paragraph 84 of the Complaint, Chase states that there are no

4    allegations in this Paragraph directed to Chase and therefore no response is required.

5    To the extent a response is required, Chase lacks knowledge or information at this

6    time sufficient to form a belief as to the truth of the allegations in this Paragraph and,

7    on that basis, denies the allegations contained in Paragraph 84.

8         85.    Answering Paragraph 85 of the Complaint, Chase states that there are no

9    allegations in this Paragraph directed to Chase and therefore no response is required.

10   To the extent a response is required, Chase lacks knowledge or information at this

11   time sufficient to form a belief as to the truth of the allegations in this Paragraph and,

12   on that basis, denies the allegations contained in Paragraph 85.

13        86.    Answering Paragraph 86 of the Complaint, Chase states that there are no

14   allegations in this Paragraph directed to Chase and therefore no response is required.

15   To the extent a response is required, Chase lacks knowledge or information at this

16   time sufficient to form a belief as to the truth of the allegations in this Paragraph and,

17   on that basis, denies the allegations contained in Paragraph 86.

18        87.    Answering Paragraph 87 of the Complaint, Chase states that there are no

19   allegations in this Paragraph directed to Chase and therefore no response is required.

20   To the extent a response is required, Chase lacks knowledge or information at this

21   time sufficient to form a belief as to the truth of the allegations in this Paragraph and,

22   on that basis, denies the allegations contained in Paragraph 87.

23        88.    Answering Paragraph 88 of the Complaint, Chase states that there are no

24   allegations in this Paragraph directed to Chase and therefore no response is required.

25   To the extent a response is required, Chase lacks knowledge or information at this

26   time sufficient to form a belief as to the truth of the allegations in this Paragraph and,

27   on that basis, denies the allegations contained in Paragraph 88.

28

89.    Answering Paragraph 89 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 89.

90.    Answering Paragraph 90 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 90.

91.    Answering Paragraph 91 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 91.

92.    Answering Paragraph 92 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 92.

93.    Answering Paragraph 93 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the allegations in this Paragraph and, on that basis, denies the allegations contained in Paragraph 93.

94.    Answering Paragraph 94 of the Complaint, Chase states that there are no allegations in this Paragraph directed to Chase and therefore no response is required. To the extent a response is required, Chase lacks knowledge or information at this

1  time sufficient to form a belief as to the truth of the allegations in this Paragraph and,

2  on that basis, denies the allegations contained in Paragraph 94.

3        95.     Answering Paragraph 95 of the Complaint, Chase states that there are no

4  allegations in this Paragraph directed to Chase and therefore no response is required.

5  To the extent a response is required, Chase lacks knowledge or information at this

6  time sufficient to form a belief as to the truth of the allegations in this Paragraph and,

7  on that basis, denies the allegations contained in Paragraph 95.

8        96.     Answering Paragraph 96 of the Complaint, Chase states that there are no

9  allegations in this Paragraph directed to Chase and therefore no response is required.

10  To the extent a response is required, Chase lacks knowledge or information at this

11  time sufficient to form a belief as to the truth of the allegations in this Paragraph and,

12  on that basis, denies the allegations contained in Paragraph 96.

13        97.     Answering Paragraph 97 of the Complaint, Chase states that there are no

14  allegations in this Paragraph directed to Chase and therefore no response is required.

15  To the extent a response is required, Chase lacks knowledge or information at this

16  time sufficient to form a belief as to the truth of the allegations in this Paragraph and,

17  on that basis, denies the allegations contained in Paragraph 97.

18        98.     Answering Paragraph 98 of the Complaint, Chase states that there are no

19  allegations in this Paragraph directed to Chase and therefore no response is required.

20  To the extent a response is required, Chase lacks knowledge or information at this

21  time sufficient to form a belief as to the truth of the allegations in this Paragraph and,

22  on that basis, denies the allegations contained in Paragraph 98.

23  ## SECOND CAUSE OF ACTION

24  ## Violation of California Commercial Code, Division 11

25  ## (Cal. Com. Code § 11101, et *seq.*)

26  ### (Shangjin Chen Against Chase)

27        99.     Answering Paragraph 99 of the Complaint, Chase incorporates by

28  reference its responses to Paragraph 1 through 98, above, as if fully set forth herein.

100.   Answering Paragraph 100 of the Complaint, Chase states that the Digital Services Agreement speaks for itself and Chase denies any allegations that are inconsistent therewith.

101.   Answering Paragraph 101 of the Complaint, Chase denies the allegations contained therein.

102.   Answering Paragraph 102 of the Complaint, Chase states the allegations in Paragraph 102 contain legal conclusions to which no response is required. To the extent that a response is required, Chase denies the allegations contained therein.

103.   Answering Paragraph 103 of the Complaint, Chase states that Commercial Code § 11202(b)(i) and (c) speaks for itself and Chase denies any allegations that are inconsistent therewith. Chase denies the remaining allegations contained in Paragraph 103.

104.   Answering Paragraph 104 of the Complaint, Chase denies the allegations contained therein.

105.   Answering Paragraph 105 of the Complaint, Chase states that 31 C.F.R. § 1020.220(a)(2) speaks for itself and Chase denies any allegations that are inconsistent therewith.

106.   Answering Paragraph 106 of the Complaint, Chase denies the allegations contained therein.

107.   Answering Paragraph 107 of the Complaint, Chase states the allegations in Paragraph 107 contain legal conclusions to which no response is required. To the extent that a response is required, Chase denies the allegations contained therein.

108.   Answering Paragraph 108 of the Complaint, Chase states the allegations in Paragraph 108 contain legal conclusions to which no response is required. To the extent that a response is required, Chase denies the allegations contained therein.

109.   Answering Paragraph 109 of the Complaint, Chase denies the allegations contained therein.

110.   Answering Paragraph 110 of the Complaint, Chase denies the allegations contained therein.

111.   Answering Paragraph 111 of the Complaint, Chase states the allegations in Paragraph 111 contain legal conclusions to which no response is required. To the extent that a response is required, Chase states that Commercial Code § 11505 and the cited case law speak for themselves and Chase denies any allegations that are inconsistent therewith. Chase further denies the allegations contained in Paragraph 111 as directed to it. Chase lacks knowledge or information at this time sufficient to form a belief as to the truth of the remaining allegations in Paragraph 111 and, on that basis, denies the allegations contained therein.

112.   Answering Paragraph 112 of the Complaint, Chase denies the allegations contained therein. Chase denies that it engaged in any of the allegedly improper conduct alleged in the Third Amended Complaint, denies any liability to Plaintiffs, and denies that Plaintiffs are entitled to any relief requested therein or any relief whatsoever from Chase.

113.   Answering Paragraph 113 of the Complaint, Chase denies the allegations contained therein. Chase denies that it engaged in any of the allegedly improper conduct alleged in the Third Amended Complaint, denies any liability to Plaintiffs, and denies that Plaintiffs are entitled to any relief requested therein or any relief whatsoever from Chase.

## PRAYER FOR RELIEF

Answering the unnumbered "WHEREFORE" Paragraph of Plaintiffs' Prayer for Relief, and each of its subsections, Chase denies that Plaintiff is entitled to any damages or relief whatsoever against Chase.

## DEMAND FOR JURY TRIAL

Chase admits that Plaintiffs demand a trial by jury but denies that Plaintiffs are entitled to any relief whatsoever.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT JPMORGAN
CHASE BANK, N.A., TO THIRD AMENDED COMPLAINT
Case No. 2:23-CV-10874-SPG-AS

**AFFIRMATIVE DEFENSES**

Without assuming the burden of proof where it otherwise lies with Plaintiffs, Chase, as separate and distinct affirmative defenses to the Third Amended Complaint and all the claims alleged therein, alleges as follows on information and belief:

**FIRST AFFIRMATIVE DEFENSE**

**(Arbitration)**

Plaintiffs' claims are subject to binding arbitration pursuant to a valid and binding arbitration agreement and Chase specifically reserves, and does not waive, the right to compel arbitration of all claims asserted by Plaintiffs.

**SECOND AFFIRMATIVE DEFENSE**

**(Failure To State A Claim)**

The Third Amended Complaint, and each claim and cause of action alleged therein, fails to state facts sufficient to constitute a cause of action against Chase.

**THIRD AFFIRMATIVE DEFENSE**

**(Estoppel)**

The Third Amended Complaint, and each claim and cause of action alleged therein, is barred by the conduct, actions and inactions of Plaintiffs, which amount to and constitute an estoppel of the causes of action and any relief sought thereby.

**FOURTH AFFIRMATIVE DEFENSE**

**(Failure To Mitigate)**

Although Chase denies that Plaintiffs have suffered any loss, to the extent that loss has been suffered, Plaintiffs have failed to mitigate that loss.

**FIFTH AFFIRMATIVE DEFENSE**

**(Ratification)**

The Third Amended Complaint, and each claim and cause of action alleged therein, is barred by the conduct, actions and inactions of Plaintiffs under the doctrine of ratification.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIXTH AFFIRMATIVE DEFENSE

### (Discharge Of Duty)

Chase alleges that it has appropriately, completely and fully performed and discharged any and all obligations and legal duties, if any, arising out of the matters alleged in the Third Amended Complaint, including, but not limited to, any and all obligations and legal duties owed under California Commercial Code§ 11101, et seq.

## SEVENTH AFFIRMATIVE DEFENSE

### (Apportionment Of Damages)

Chase denies any legal responsibility for Plaintiffs' alleged damages; however, to the extent that Chase is found to be legally responsible, Chase's legal responsibility is not the sole and proximate cause of Plaintiffs' alleged injuries, and any damages awarded to Plaintiffs are to be apportioned in accordance with the fault and legal responsibility, if any, of all parties, persons and entities who contributed to and/or caused said damages.

## EIGHTH AFFIRMATIVE DEFENSE

### (Causation)

Plaintiffs are barred from recovery against Chase for any damage sustained by Plaintiffs that was the direct and proximate result of the independent, intervening, negligent and/or unlawful conduct of independent third parties or their agents, and not any act or omission on the part of Chase.

## NINTH AFFIRMATIVE DEFENSE

### (Reasonable Procedures)

At all relevant times, Chase maintained reasonable procedures to ensure compliance with California Commercial Code § 11101, et seq.

## TENTH AFFIRMATIVE DEFENSE

### (Good Faith/Commercially Reasonable Conduct)

With respect to the matters alleged in the Third Amended Complaint, Chase at all times acted in good faith and in accordance with reasonable commercial standards

and any applicable statutory and regulatory requirements, thus precluding any recovery by Plaintiffs as against Chase.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Privileged Conduct/Communication)

The Third Amended Complaint is barred, in whole or in part, on the grounds that Chase's conduct and/or communications were subject to a privilege and/or a qualified privilege.

## TWELFTH AFFIRMATIVE DEFENSE

### (No Injury)

The Complaint is barred because Plaintiffs suffered no injury as a result of any alleged act or practice of Chase.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Waiver and Estoppel)

The Third Amended Complaint is barred, in whole or in part, by the conduct, actions and inactions of Plaintiffs, which amount to and constitute a waiver and/or estoppel of her claims and any relief sought thereby.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Consent/ Acquiescence)

Through Plaintiffs' own conduct, acts, omissions, contractual promises and agreements, Plaintiffs consented to and acquiesced in Chase's conduct.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Laches)

Plaintiffs unreasonably have delayed taking action in connection with the alleged claims, causing substantial prejudice to Chase, and such claims therefore are barred pursuant to the doctrine of laches.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Offset / Setoff)

Plaintiffs' claims against Chase are subject to setoff and/or recoupment by the amount owed by Plaintiffs to Chase in connection with the remaining balance owed in connection with Plaintiffs' accounts with Chase.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

Plaintiffs' claims against Chase are barred by the applicable statutes of limitations.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Reservation of Right to Assert Other Defenses)

Chase expressly reserves the right to assert such other and further affirmative defenses as may be appropriate.

## PRAYER

WHEREFORE, Chase requests the following relief:

(1) That the Third Amended Complaint be dismissed with prejudice;

(2) That Plaintiffs take nothing from Chase by virtue of the Complaint;

(3) That judgment be entered in Chase's favor;

(4) That the Court award Chase its fees, expenses and costs to the full extent permitted by law; and

(5) That the Court award such other relief as is just and proper under the circumstances.

1    Dated:  June 12, 2025              STEPTOE LLP

2

3                                      By:    /s/ Adam R. Hoock

4                                             Julia B. Strickland
                                              Adam R. Hoock
5
                                       Attorneys for Defendant
6                                        JPMORGAN CHASE BANK, N.A.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 12, 2025, a copy of the foregoing **ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT JPMORGAN CHASE BANK, N.A., TO THIRD AMENDED COMPLAINT** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

*/s/ Adam R. Hoock*
Adam R. Hoock