# EXHIBIT D

7/16/25, 2:34 PM     Park LLP Mail - Re: Shangjin Chen, et al. v. JPMorgan Chase Bank, N.A., et al.; USDC Central Case No. 2:23-cv-10874-SPG-AS

Case 2:23-cv-10874-SPG-AS   Document 106-5   Filed 09/04/25   Page 2 of 28   Page ID #:2068



**Wil Rios <wil@parkllp.law>**

---

## Re: Shangjin Chen, et al. v. JPMorgan Chase Bank, N.A., et al.; USDC Central Case No. 2:23-cv-10874-SPG-AS

**Daniel Park** <dpark@parkllp.law>        Mon, Oct 7, 2024 at 12:56 PM
To: "Pumphrey, Brian E." <bpumphrey@mcguirewoods.com>
Cc: "Noreen, Micaylee A." <MNoreen@mcguirewoods.com>, "Hoock, Adam" <ahoock@steptoe.com>, Ronya Khateri <ronya@parkllp.law>, Wil Rios <wil@parkllp.law>, Emily Yang <emily@parkllp.law>, Simran Sandhu <simran@parkllp.law>, Noemi Cipriani <noemi@parkllp.law>, "White, Molly M." <MWhite@mcguirewoods.com>, "Hicks, Sherlynn A." <shicks@mcguirewoods.com>, "Strickland, Julia" <jstrickland@steptoe.com>, #-Firm Docketing <#-FirmPSDocketing@steptoe.com>

Dear Counsel,

As you have previously indicated and the court has confirmed, fact discovery is closed. In light of this, the depositions of our respective clients will not be going forward.

Should you have any further questions, please feel free to reach out.

Best,

Daniel E. Park, Esq.
Managing Partner
**PARK LLP**
201 N. Brand Bl., Suite 200
Glendale, CA 91203
Tel: (213) 616-7438
Fax: (818) 479-9958
dpark@parkllp.law

> On Oct 2, 2024, at 8:09AM, Pumphrey, Brian E. <bpumphrey@mcguirewoods.com> wrote:
>
> Daniel:
>
> Yes. We withdrew our proposal yesterday.
>
> You need only read down this email chain to see why. During the conference with the Magistrate on September 26th, the Magistrate noted that with the September 30 discovery cut-off, it was already too late to consider our pending discovery motion but she left our motion on calendar to give us time to work out a stipulation. That same day we asked to meet and confer with you. We were told by a law clerk that you were not available and were asked to send a written proposal, which we did. We copied 9 people at your law firm on that email. No one responded – not even after we reiterated our request on Monday morning. The terms of the stipulation were not complicated and did not mandate a lot of analysis. The terms included giving us an extension of time to respond to your discovery. Once we were required to respond to the written discovery on 9/30, clearly the deal was off the table. Discovery is closed.
>
> Thanks,
>
> Brian

**Brian E. Pumphrey**

Partner

McGuireWoods LLP

Gateway Plaza

800 East Canal Street

Richmond, VA 23219-3916

T:   +1 804 775 7745

M: +1 804 647 5126

F:   +1 804 698 2018

bpumphrey@mcguirewoods.com

Bio | VCard | LinkedIn | www.mcguirewoods.com

**McGuireWoods**

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

---

**From:** Daniel Park <dpark@parkllp.law>
**Sent:** Tuesday, October 1, 2024 5:58 PM
**To:** Pumphrey, Brian E. <bpumphrey@mcguirewoods.com>
**Cc:** Noreen, Micaylee A. <MNoreen@mcguirewoods.com>; Hoock, Adam <ahoock@steptoe.com>; Ronya Khateri <ronya@parkllp.law>; Wil Rios <wil@parkllp.law>; Emily Yang <emily@parkllp.law>; Daniel Sasson <daniel@parkllp.law>; Simran Sandhu <simran@parkllp.law>; Noemi Cipriani <noemi@parkllp.law>; amorgenthaler@parkllp.law; jason@parkllp.law; White, Molly M. <MWhite@mcguirewoods.com>; Hicks, Sherlynn A. <shicks@mcguirewoods.com>; Strickland, Julia <jstrickland@steptoe.com>; #-Firm Docketing <#-FirmPSDocketing@steptoe.com>
**Subject:** Re: Shangjin Chen, et al. v. JPMorgan Chase Bank, N.A., et al.; USDC Central Case No. 2:23-cv-10874-SPG-AS

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

7/16/25, 2:34 AM   Park LLP Mail - Re: Shangjin Chou et al v. JPMorgan Chase Bank, N.A. - USDC Central Dist. No. 2:23-10874-SPG-AS

Case 2:23-cv-10874-SPG-AS   Document 106-5   Filed 09/04/25   Page 4 of 28   Page
ID #:2070

Brian:

So you are withdrawing your proposed stipulation?

Daniel E. Park, Esq.

Managing Partner

**PARK LLP**

201 N. Brand Bl., Suite 200

Glendale, CA 91203

Tel: (213) 616-7438

Fax: (818) 479-9958

dpark@parkllp.law

On Oct 1, 2024, at 2:40 PM, Pumphrey, Brian E. <bpumphrey@mcguirewoods.com> wrote:

Daniel:

Fact Discovery is closed and the deadline to raise these issues with the Court has passed. *See* ECF No. 20 at 2:11-16; EFC No. 20-1. Plaintiffs have had since February to take discovery in this case and chose not to even start doing anything until August.  Discovery is over.

Thanks,

Brian

# Brian E. Pumphrey

Partner

McGuireWoods LLP

Gateway Plaza

800 East Canal Street

Richmond, VA 23219-3916

T:   +1 804 775 7745

M: +1 804 647 5126

F:   +1 804 698 2018

bpumphrey@mcguirewoods.com

Bio | VCard | LinkedIn | www.mcguirewoods.com

## McGuireWoods

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

---

**From:** Daniel E. Park <dpark@parkllp.law>
**Sent:** Tuesday, October 1, 2024 2:40 PM
**To:** Noreen, Micaylee A. <MNoreen@mcguirewoods.com>
**Cc:** Hoock, Adam <ahoock@steptoe.com>; Ronya Khateri <ronya@parkllp.law>; Wil Rios <wil@parkllp.law>; Emily Yang <emily@parkllp.law>; Daniel Sasson <daniel@parkllp.law>; Simran Sandhu <simran@parkllp.law>; Noemi Cipriani <noemi@parkllp.law>; amorgenthaler@parkllp.law; jason@parkllp.law; Pumphrey, Brian E. <bpumphrey@mcguirewoods.com>; White, Molly M. <MWhite@mcguirewoods.com>; Hicks, Sherlynn A. <shicks@mcguirewoods.com>; Strickland, Julia <jstrickland@steptoe.com>; #-Firm Docketing <#-FirmPSDocketing@steptoe.com>
**Subject:** Re: Shangjin Chen, et al. v. JPMorgan Chase Bank, N.A., et al.; USDC Central Case No. 2:23-cv-10874-SPG-AS

---

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

---

Noreen:

We have not had a chance to fully evaluate, consult with our clients and get back to you. Please do not assume and jump to conclusions because we are unable to abide by your unilateral timelines.

We are also reviewing your clients **seriously deficient and bad faith** discovery responses and what impact that will have on the court set deadlines.

We will have a response to your proposed stupulation by Noon tomorrow.

Daniel E. Park, Esq.

Managing Partner

7/16/25, 2:34 PM
Park Law Mail - Re: Shangjin Chen, et al. v. JPMorgan Chase Bank, N.A., et al.; USDC Central Case No. 2:23-cv-10874-SPG-AS

Case 2:23-cv-10874-SPG-AS   Document 106-5   Filed 09/04/25   Page 6 of 28   Page
ID #:2072

PARK LLP

On Oct 1, 2024, at 10:58 AM, Noreen, Micaylee A. <MNoreen@mcguirewoods.com>
wrote:


Counsel –


Discovery is now closed and we have received no response to (or even
acknowledgment of) our proposal to a stipulated extension of the discovery from
Plaintiffs.

As such, Bank of America and Merrill withdraw their offer to stipulate and will proceed
accordingly.


Sincerely,


## Micaylee A. Noreen

Associate

McGuireWoods LLP

T:   +1 415 844 1982 | M: +1 707 291 9801

mnoreen@mcguirewoods.com

---

**From:** Hoock, Adam <ahoock@steptoe.com>
**Sent:** Monday, September 30, 2024 10:02 AM
**To:** Daniel E. Park <dpark@parkllp.law>; Ronya Khateri <ronya@parkllp.law>; Wil Rios
<wil@parkllp.law>; Emily Yang <emily@parkllp.law>; Daniel Sasson
<daniel@parkllp.law>; Simran Sandhu <simran@parkllp.law>; Noemi Cipriani
<noemi@parkllp.law>; amorgenthaler@parkllp.law; jason@parkllp.law
**Cc:** Pumphrey, Brian E. <bpumphrey@mcguirewoods.com>; White, Molly M.
<MWhite@mcguirewoods.com>; Hicks, Sherlynn A. <shicks@mcguirewoods.com>;
Strickland, Julia <jstrickland@steptoe.com>; #-Firm Docketing <#-
FirmPSDocketing@Steptoe.com>; Noreen, Micaylee A.
<MNoreen@mcguirewoods.com>
**Subject:** Re: Shangjin Chen, et al. v. JPMorgan Chase Bank, N.A., et al.; USDC Central
Case No. 2:23-cv-10874-SPG-AS

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

7/16/25, 2:34 PM                Park LLP Mail - Re: Shangjin Chen, et al. v. JPMorgan Chase Bank, N.A., et al.; USDC Central Case No. 2:23-cv-10874-SPG-AS

Case 2:23-cv-10874-SPG-AS   Document 106-5   Filed 09/04/25   Page 7 of 28   Page
ID #:2073

Good morning,

Chase has no objection to the general framework outlined below by counsel for
BANA and Merrill, and specifically joins in the deadline requests as applicable
to Chase, including an extension until October 14, 2024, to respond to
Plaintiffs' currently pending written discovery requests.

Additionally, separate and apart from the ongoing negotiations concerning the
stipulation, please advise if Plaintiffs will agree to a short extension of Chase's
discovery responses in the meantime.

Thank you,

**Adam R Hoock**
Associate

<image001.png>

Steptoe LLP | 2029 Century Park East Suite 1800 | Los Angeles, CA 90067
+1 213 439 9426 direct | ahoock@Steptoe.com | www.steptoe.com | Steptoe Bio

---

**From:** Noreen, Micaylee A. <MNoreen@mcguirewoods.com>
**Sent:** Monday, September 30, 2024 12:52 PM
**To:** Ronya Khateri <ronya@parkllp.law>
**Cc:** Wil Rios <wil@parkllp.law>; Daniel E. Park <dpark@parkllp.law>; Hoock, Adam
<ahoock@steptoe.com>; Pumphrey, Brian E. <bpumphrey@mcguirewoods.com>;
White, Molly M. <MWhite@mcguirewoods.com>; Hicks, Sherlynn A.
<shicks@mcguirewoods.com>; Strickland, Julia <jstrickland@steptoe.com>; #-Firm
Docketing <#-FirmPSDocketing@Steptoe.com>; Emily Yang <emily@parkllp.law>;
Noemi Cipriani <noemi@parkllp.law>; Daniel Sasson <daniel@parkllp.law>; Simran
Sandhu <simran@parkllp.law>; amorgenthaler@parkllp.law; jason@parkllp.law
**Subject:** [EXTERNAL] RE: Re: Shangjin Chen, et al. v. JPMorgan Chase Bank, N.A., et
al.; USDC Central Case No. 2:23-cv-10874-SPG-AS

Good morning –

7/16/25, 2:34 PM          RE: [EXTERNAL] Re: Shangjin Chen, et al. v. JPMorgan Chase Bank, N.A., et al.; USDC Central Case No. 2:23-cv-10874-SPG-AS

Case 2:23-cv-10874-SPG-AS     Document 106-5     Filed 09/04/25     Page 8 of 28     Page
ID #:2074

Please let us know if the below stipulation is agreeable.

Further (and perhaps separately) please advise if our request for a short extension of BANA's and Merrill's discovery responses is agreeable, notwithstanding any further negotiations about the terms of a global stipulation to extend the discovery period.


Sincerely,


**Micaylee A. Noreen**

Associate

McGuireWoods LLP

T:   +1 415 844 1982 | M: +1 707 291 9801

mnoreen@mcguirewoods.com

---

**From:** Noreen, Micaylee A.
**Sent:** Friday, September 27, 2024 2:49 PM
**To:** 'Ronya Khateri' <ronya@parkllp.law>
**Cc:** Wil Rios <wil@parkllp.law>; Daniel E. Park <dpark@parkllp.law>; Hoock, Adam <ahoock@steptoe.com>; Pumphrey, Brian E. <bpumphrey@mcguirewoods.com>; White, Molly M. <MWhite@mcguirewoods.com>; Hicks, Sherlynn A. <shicks@mcguirewoods.com>; Strickland, Julia <jstrickland@steptoe.com>; #-Firm Docketing <#-FirmPSDocketing@steptoe.com>; Emily Yang <emily@parkllp.law>; Noemi Cipriani <noemi@parkllp.law>; Daniel Sasson <daniel@parkllp.law>; Simran Sandhu <simran@parkllp.law>; amorgenthaler@parkllp.law; jason@parkllp.law
**Subject:** RE: [EXTERNAL] Re: Shangjin Chen, et al. v. JPMorgan Chase Bank, N.A., et al.; USDC Central Case No. 2:23-cv-10874-SPG-AS


Good afternoon –


We believe a meet and confer will be much more productive by phone or videoconference. Indeed, the Central District and Judge Garnett require meet and confers occur in person or by videoconference before the filing of any motion. Notwithstanding Sam's departure, we do not understand why any of the other four attorneys listed as counsel of record in this case cannot participate in a meet and confer by phone or video today.  Nonetheless, BANA and Merrill propose as follows:


        The parties shall stipulate to an extension of the discovery cutoff consistent with the following terms –


        1.    Discovery cutoff shall be November 15, 2024.


        2.    Plaintiffs' shall provide full, complete, and consistent responses to the written discovery previously served by BANA and Merrill no later

1.    Validly signed verifications shall follow as promptly as possible.  Notably, we saw photos of verifications signed in China, but reiterate that it is our understanding that it is a violation of Chinese law to provide evidence from China.  Please ensure that you and your clients comply with your legal obligations.

2.    All documents responsive to BANA's and Merrill's written discovery requests shall be produced, except for documents withheld on the basis of attorney-client or attorney work product privilege that are disclosed in a detailed privilege log sufficient for the court to assess whether the privilege appropriately applies).

3.    Plaintiffs' privilege log shall also be provided no later than October 4, 2024. Counsel need not disclose in Plaintiffs' privilege log emails between Plaintiffs and Counsel after the date the original complaint was filed.

3.    Plaintiffs' depositions shall both be held in person at a location in the Central District of California.

1.    Plaintiffs' depositions shall be held only after Plaintiffs have provided full, complete, and consistent responses to the written discovery previously served by BANA and Merrill, but no later than October 23, 2024. To that end, BANA and Merrill have no objection to Plaintiffs' depositions taking place in person in the Central District of California on October 11 and 14 as Plaintiffs have proposed. We note that October 12 and 13 are weekend days.

2.    Counsel for BANA and Merrill are willing to host Plaintiffs depositions, if needed.

4.    Both of Plaintiffs' depositions shall take place before any deposition of Defendants occurs.

1.    Defendants' depositions shall take place no later than November 15.

2.    BANA's and Merrill's depositions shall be based on new Rule 30(b)(6) topics that are sufficiently narrowed to allow these Defendants to identify a witness or witnesses who can intelligently discuss the topics of inquiry.

7/16/25, 2:34 PM      Gmail - Re: Yangjin Dou, et al. v. Morgan Chase Bank, N.A. et al. Case No. 2:23-cv-10874-SPG-AS

Case 2:23-cv-10874-SPG-AS    Document 106-5    Filed 09/04/25    Page 10 of 28    Page ID #:2076

3.    Plaintiffs shall provide new deposition topics to BANA and Merrill no later than October 4, 2024. Thereafter, counsel shall meet and confer on the topics to address any issues related to Plaintiffs' proposed topics, which shall be finalized no later than October 8, 2024.

5.    No party shall be permitted to serve any new written discovery requests (Interrogatories, RFAs, or RFPs).

6.    BANA and Merrill shall have until October 14, 2024, to respond to Plaintiffs' currently pending written discovery requests.

7.    Notwithstanding the November 15th discovery cutoff, Defendants shall have 45 days following the service of any of Plaintiffs written discovery responses, including the service of any production of documents, to file a discovery motion in connection with Plaintiffs' written discovery.

8.    Notwithstanding the November 15th discovery cutoff, Defendants shall have 45 days following the date of any deposition notice to any Plaintiff to file a discovery motion in connection with Plaintiffs' deposition.

9.    Defendants shall participate in the discovery process in good faith during the stipulated extension of the discovery cutoff date, however, Plaintiffs shall not be entitled to file any discovery motions in connection with Defendants' responses to written discovery or Defendants' depositions.

Please let us know if you have any questions or comments regarding the terms of BANA's and Merrill's proposed stipulation as outlined above.

Sincerely,

**Micaylee A. Noreen**

Associate

McGuireWoods LLP

T:    +1 415 844 1982 | M: +1 707 291 9801

mnoreen@mcguirewoods.com

7/16/25, 2:34 PM          Park LLP Mail - Re: Shangjin Chen, et al. v. JPMorgan Chase Bank, N.A., et al.; USDC Central Case No. 2:23-cv-10874-SPG-AS
Case 2:23-cv-10874-SPG-AS   Document 106-5   Filed 09/04/25   Page 11 of 28   Page
ID #:2077

**From:** Ronya Khateri <ronya@parkllp.law>
**Sent:** Friday, September 27, 2024 7:40 AM
**To:** Noreen, Micaylee A. <MNoreen@mcguirewoods.com>
**Cc:** Wil Rios <wil@parkllp.law>; Daniel E. Park <dpark@parkllp.law>; Hoock, Adam <ahoock@steptoe.com>; Pumphrey, Brian E. <bpumphrey@mcguirewoods.com>; White, Molly M. <MWhite@mcguirewoods.com>; Hicks, Sherlynn A. <shicks@mcguirewoods.com>; Strickland, Julia <jstrickland@steptoe.com>; #-Firm Docketing <#-FirmPSDocketing@steptoe.com>; Emily Yang <emily@parkllp.law>; Noemi Cipriani <noemi@parkllp.law>; Daniel Sasson <daniel@parkllp.law>; Simran Sandhu <simran@parkllp.law>; amorgenthaler@parkllp.law; jason@parkllp.law
**Subject:** Re: [EXTERNAL] Re: Shangjin Chen, et al. v. JPMorgan Chase Bank, N.A., et al.; USDC Central Case No. 2:23-cv-10874-SPG-AS

---

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

---

Dear Counsel,

Attorney Park is currently out of town attending an all-day conference. In light of this, we request to conduct the meet and confer via emails. Please send us your proposed extensions. We hope we can reach resolution or at least make progress and then decide if we need a quick call to resolve.

This should align with the magistrate judge's recommendation to meet and confer to potentially reach a stipulated extension of certain deadlines.

Thank you for your understanding.

Best,

--

Ronya Khateri

Senior Law Clerk

**PARK LLP**

201 N. Brand Bl., Suite 200

Glendale, CA 91203

Tel: (213) 616-7438

Fax: (818) 479-9958

ronya@parkllp.law

On Thu, Sep 26, 2024 at 11:33 AM Noreen, Micaylee A. <MNoreen@mcguirewoods.com> wrote:

7/16/25, 2:34 PM ... [EXTERNAL] Re: Shangjin Chen, et al. v. JPMorgan Chase Bank, N.A., et al.; USDC Central Case No. 2:23-cv-10874-SPG-AS

Case 2:23-cv-10874-SPG-AS    Document 106-5    Filed 09/04/25    Page 12 of 28    Page
ID #:2078

Counsel –


Consistent with the magistrate judge's recommendation, we ask that you provide your availability to attend a meet and confer call tomorrow to see if we can reach a stipulated extension of certain deadlines.


Sincerely,


**Micaylee A. Noreen**

Associate

McGuireWoods LLP

T:   +1 415 844 1982 | M: +1 707 291 9801

mnoreen@mcguirewoods.com

_____

**From:** Noreen, Micaylee A.
**Sent:** Thursday, September 26, 2024 10:47 AM
**To:** 'Wil Rios' <wil@parkllp.law>
**Cc:** Daniel E. Park <dpark@parkllp.law>; Hoock, Adam <ahoock@steptoe.com>; Pumphrey, Brian E. <bpumphrey@mcguirewoods.com>; White, Molly M. <MWhite@mcguirewoods.com>; Hicks, Sherlynn A. <shicks@mcguirewoods.com>; Strickland, Julia <jstrickland@steptoe.com>; Ronya Khateri <ronya@parkllp.law>; #-Firm Docketing <#-FirmPSDocketing@steptoe.com>; Emily Yang <emily@parkllp.law>; Noemi Cipriani <noemi@parkllp.law>; Daniel Sasson <daniel@parkllp.law>; Simran Sandhu <simran@parkllp.law>; amorgenthaler@parkllp.law; jason@parkllp.law
**Subject:** RE: [EXTERNAL] Re: Shangjin Chen, et al. v. JPMorgan Chase Bank, N.A., et al.; USDC Central Case No. 2:23-cv-10874-SPG-AS


Wil –


First, as to our concerns regarding the notices of deposition to BANA and Merrill, your assurances are inadequate, as you are aware, given that we filed motions for protective order in response to those deposition notices last night.

1. On Tuesday during a meet and confer call Daniel Park told us Plaintiffs were withdrawing those notices.
2. Then his law clerk, Royna Kahateri, sent a confirmatory email following the meet and confer that said "we plan on withdrawing the RFPs included in the Notice of Deposition (subject to comparison of our already produced separate RFPs for each Defendant.)". This was not consistent with what was stated on the call. We corrected her misstatement and requested Plaintiffs clarify that they are withdrawing the notices, in their entirety, and without reservation, so that our clients would not have to appear today and tomorrow.
3. We received no response to that request, which your response below does not address. Because Plaintiffs did not withdraw entirely their notices to BANA and Merrill, such that the notices still required their appearance today and tomorrow, we had to proceed with the motions for protective order.

Second, as we discussed during the meet and confer with Mr. Park on Tuesday, Plaintiffs will need to appear in person for their depositions in October.

1. We cannot agree to take any of Plaintiffs depositions remotely given that the identity of your clients is a key issue in this litigation. Given the inconsistencies between the complaints, the police report attached to the first amended complaint, your clients' discovery responses and information from our client, we have serious concerns about who you represent. Plaintiffs are obligated under the Federal Rules to participate in their deposition in person, absent agreement or a court order. As we do not agree, and there is no court order, Plaintiffs both must appear in person. Your clients chose to file their litigation in this jurisdiction.
2. Further, if either Plaintiff is interested in being deposed from any location in mainland China, that deposition is legally prohibited by Chinese law by criminal penalty and cannot take place. It is our understanding that we would therefore not be permitted to use the evidence in this litigation. That is not acceptable.
3. Similarly, the parties agreed during the meet and confer that Plaintiffs will sit for their depositions before the deposition of any defendant is taken. Given Plaintiffs' insist on a short extension of the discovery period, but not to the extension of other deadlines, a deposition of either Plaintiff after October is not practically workable.

Lastly, we were told your office would inform us by end of day yesterday whether all documents responsive to Defendants' requests for production will be produced by 9/30, or if some alternative plan is needed. Plaintiffs have not provided any information on this topic.

We do not appreciate that Plaintiffs already appear to be backpedaling on the promises made during the parties' meet and confer only two days ago. We are still hopeful for an amicable resolution which we hope the Magistrate Judge can facilitate, but some of Plaintiffs' positions, as stated in your email, are not workable.

Sincerely,

**Micaylee A. Noreen**

Associate

McGuireWoods LLP

T:   +1 415 844 1982 | M: +1 707 291 9801

mnoreen@mcguirewoods.com

---

**From:** Wil Rios <wil@parkllp.law>
**Sent:** Wednesday, September 25, 2024 3:00 PM
**To:** Noreen, Micaylee A. <MNoreen@mcguirewoods.com>
**Cc:** Daniel E. Park <dpark@parkllp.law>; Hoock, Adam <ahoock@steptoe.com>; Pumphrey, Brian E. <bpumphrey@mcguirewoods.com>; White, Molly M. <MWhite@mcguirewoods.com>; Hicks, Sherlynn A. <shicks@mcguirewoods.com>; Strickland, Julia <jstrickland@steptoe.com>; Ronya Khateri <ronya@parkllp.law>; #-

Firm Docketing <#-FirmPSDocketing@steptoe.com>; Emily Yang
<emily@parkllp.law>; Noemi Cipriani <noemi@parkllp.law>; Daniel Sasson
<daniel@parkllp.law>; Simran Sandhu <simran@parkllp.law>;
amorgenthaler@parkllp.law; jason@parkllp.law
**Subject:** Re: [EXTERNAL] Re: Shangjin Chen, et al. v. JPMorgan Chase Bank, N.A.,
et al.; USDC Central Case No. 2:23-cv-10874-SPG-AS

---

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

---

Dear Counsel,

Thank you for your email. We are fine with the Magistrate Judge's intervention, as
we also believe it will be helpful in bridging any remaining gaps between the parties.
We are committed to continuing discussions to resolve these issues amicably.

Regarding the depositions, please note that Plaintiff Danhong Chen will not be able
to travel to the United States. Therefore, we propose proceeding with her deposition
via video in early November. As for Plaintiff Shangjin Chen, he is available for an in-
person deposition from October 14-16.

Additionally, to address your concerns, we are formally withdrawing the Requests
for Production (RFPs) included in the Notices of Deposition. This should help
streamline the process and avoid any unnecessary complications.

Lastly, thank you for making us aware of the restrictions imposed by Chinese law
concerning the collection of evidence for use in U.S. courts. We will do our best to
ensure that all necessary steps are taken to comply with these laws while gathering
any evidence.

Please feel free to reach out if you need further clarification or to discuss deposition
scheduling. We are available for continued discussions at your convenience.

Best,

Wil Rios, Esq.

Associate Attorney

**PARK LLP**

201 N. Brand Bl., Suite 200

Glendale, CA 91203

Tel: (213) 616-7438

Fax: (818) 479-9958

wil@parkllp.law

On Wed, Sep 25, 2024 at 10:11 AM Noreen, Micaylee A.
<MNoreen@mcguirewoods.com> wrote:

Counsel –

We have received and responded to your office's email to chambers for Magistrate Judge Sagar. Therein, we have requested the Magistrate Judge continue the informal discovery conference to tomorrow, Friday, or Monday. While the meet and confer yesterday has given us some hope that the parties can work through the current issues amicably, the confirmatory email that Plaintiffs' counsel sent yesterday following the meet and confer leaves us concerned that the parties are not on the same page and there is more work to be done. The magistrate judge will be helpful in bridging those gaps.

We have spoken with our client about the terms of Plaintiffs' proposed stipulated discovery extension and are prepared to continue discussions on that topic to try and reach a formal resolution. Let us (and/or the courtroom deputy) know of your availability over the next few days.

Further, should Plaintiffs' counsel not confirm their total and unreserved withdrawal of Plaintiffs' deposition notices to BANA and Merrill by 3:00 pm today, as requested in my email following the meet and confer yesterday, we will also be required to file the protective orders that we have previously circulated to you for comment.

Lastly, it has occurred to us that Plaintiffs may currently be participating in this case from mainland China. As discussed in the attached letter, sent to you on September 16, we understand Chinese law prohibits collection of evidence in China for use in foreign courts, including U.S. Courts. We trust that Plaintiffs' counsel is ensuring that evidence responsive to Defendants' written discovery is gathered in a way that ensures no violation of Chinese law.

Sincerely,


**Micaylee A. Noreen**

Associate

McGuireWoods LLP

T:   +1 415 844 1982 | M: +1 707 291 9801

[mnoreen@mcguirewoods.com](mailto:mnoreen@mcguirewoods.com)

---

**From:** Noreen, Micaylee A.
**Sent:** Tuesday, September 24, 2024 12:28 PM
**To:** 'Ronya Khateri' <[ronya@parkllp.law](mailto:ronya@parkllp.law)>; Daniel E. Park <[dpark@parkllp.law](mailto:dpark@parkllp.law)>
**Cc:** Hoock, Adam <[ahoock@steptoe.com](mailto:ahoock@steptoe.com)>; Wil Rios <[wil@parkllp.law](mailto:wil@parkllp.law)>; Pumphrey, Brian E. <[bpumphrey@mcguirewoods.com](mailto:bpumphrey@mcguirewoods.com)>; White, Molly M. <[MWhite@mcguirewoods.com](mailto:MWhite@mcguirewoods.com)>; Hicks, Sherlynn A. <[shicks@mcguirewoods.com](mailto:shicks@mcguirewoods.com)>; Strickland, Julia <[jstrickland@steptoe.com](mailto:jstrickland@steptoe.com)>; #-Firm Docketing <#-[FirmPSDocketing@steptoe.com](mailto:FirmPSDocketing@steptoe.com)>; Emily Yang <[emily@parkllp.law](mailto:emily@parkllp.law)>; Noemi Cipriani <[noemi@parkllp.law](mailto:noemi@parkllp.law)>; Daniel Sasson <[daniel@parkllp.law](mailto:daniel@parkllp.law)>; Simran Sandhu <[simran@parkllp.law](mailto:simran@parkllp.law)>
**Subject:** RE: [EXTERNAL] Re: Shangjin Chen, et al. v. JPMorgan Chase Bank, N.A., et al.; USDC Central Case No. 2:23-cv-10874-SPG-AS

7/16/25, 2:34 PM                    Gmail - Park v. Nexon Korea Corp. et al Plaintiffs Phase 5 Initial Disclosures; LADC Certificate No. 23-1087-AS

Case 2:23-cv-10874-SPG-AS   Document 106-5   Filed 09/04/25   Page 16 of 28   Page ID #:2082

Ronya –

I do not believe your notes completely or accurately reflect our conversation during the meet and confer call that we had this morning. Please accept this response as a reflection of our discussion  of our discussions:

First, we understand that Plaintiff is interested in a stipulation to extend the discovery period, for a short time, to hold depositions and complete written discovery. However, Plaintiffs are not interested in moving any other dates, deadlines, or the current trial setting.

### 1.   Plaintiffs' Written Discovery Responses

·    By 9/30 Plaintiffs will update their discovery responses. This includes withdrawing all the general/boilerplate objections, providing narrowly tailored objections, and fully responding to the discovery requests (except to the extent the request implicates the attorney-client privilege);

·    Plaintiffs will provide hand-written verifications for their written discovery responses.

·    By end of day tomorrow Plaintiffs will advise whether all documents responsive to Requests for Production to Plaintiffs can be produced by 9/30, or if an alternative plan is required (Daniel suggested production could be made in batches).

·    We did not discuss Plaintiffs' participation in the discovery process to date, and there was no discussion that Plaintiffs have participated in the discovery process in good faith to date. In fact, the opposite was implied. Nor did we discuss any difficulties counsel has had due to Plaintiffs' geographical location or regarding Sam's departure from Park LLP.

### 2.   Depositions of Plaintiffs

·    By end of day tomorrow Plaintiffs will provide dates they are available to sit for depositions in mid-October.

·    This is subject to Plaintiffs appropriately responding to written discovery and producing all responsive documents sufficient time in advance of Plaintiffs' depositions.

·    We are happy to host Plaintiffs' depositions in our LA office, but we will require Plaintiffs appear in person to testify at a location in the Central District of California.

·    As a clarifying note, we will not require Plaintiffs' counsel to appear in person, but Plaintiffs must be physically in the room with a court reporter and defense counsel.

### 3.    30(b)(6) Depositions of Defendants

·    Plaintiffs withdraw their notices of deposition to Defendants, including the requests for production.

·    Plaintiffs did not indicate the withdraw was subject to any limitations (such as comparison to previously issued RFPs). As we understand it, Plaintiffs have withdrawn their notices of deposition to Defendants orally during the meet and confer.

·    The parties agree Plaintiffs depositions shall be taken before any depositions of defendants. A witness for Chase is available for deposition October 24 or 25.

·    Counsel for BANA/ML asked whether Plaintiffs' were interested in serving any additional discovery on Defendants, and Plaintiffs indicated they were not.

·    Counsel for BANA/ML stated that any agreement regarding an extension of the current discovery cutoff could not include the issuance of any further written discovery requests.

We will of course, have to discuss the terms of the proposed stipulation with our client before we can reach any affirmative agreement. We will get back to you with a response to Plaintiffs' extension proposal and deposition schedule proposal as soon as possible, but most likely sometime tomorrow.

Further, and given your email below, please clarify whether Defendants' deposition notices are now withdrawn in their entirety. If not, we will be required to move forward with the motions for protective order that our office circulated yesterday.

Sincerely,

**Micaylee A. Noreen**

Associate

McGuireWoods LLP

T:   +1 415 844 1982 | M: +1 707 291 9801

mnoreen@mcguirewoods.com

---

**From:** Ronya Khateri <ronya@parkllp.law>
**Sent:** Tuesday, September 24, 2024 11:21 AM
**To:** Daniel E. Park <dpark@parkllp.law>
**Cc:** Noreen, Micaylee A. <MNoreen@mcguirewoods.com>; Hoock, Adam <ahoock@steptoe.com>; Wil Rios <wil@parkllp.law>; Pumphrey, Brian E. <bpumphrey@mcguirewoods.com>; White, Molly M. <MWhite@mcguirewoods.com>; Hicks, Sherlynn A.

<shicks@mcguirewoods.com>; Strickland, Julia <jstrickland@steptoe.com>; #-
Firm Docketing <#-FirmPSDocketing@steptoe.com>; Emily Yang
<emily@parkllp.law>; Noemi Cipriani <noemi@parkllp.law>; Daniel Sasson
<daniel@parkllp.law>; Simran Sandhu <simran@parkllp.law>
**Subject:** Re: [EXTERNAL] Re: Shangjin Chen, et al. v. JPMorgan Chase Bank,
N.A., et al.; USDC Central Case No. 2:23-cv-10874-SPG-AS

---

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

---

Dear Counsels,

We hope this message finds you well. Following up on today's
Meet and Confer, We wanted to provide an overview of what we
discussed regarding the outstanding discovery issues. We remain
committed to resolving these matters in a cooperative and efficient
manner. Below is a summary of our positions on the key topics
raised during the meeting:

**1. Supplemental Discovery Responses**

We acknowledge your concerns regarding responses to certain
discovery requests. We are in the process of reviewing these and
will provide good faith substantive responses where necessary.
Where objections were made, we stand by those objections as
they are appropriately tailored to each request. However, we will
ensure that any remaining objections are clarified further to avoid
any misunderstandings.

We understand your concern regarding the conformed signatures.
To address this, we will promptly provide verifications with wet-
ink signatures for all discovery responses, as requested, to ensure
compliance with applicable rules.

We are actively conducting a diligent search for all responsive
documents. We will produce any additional documents that have
been located during this search. If, after a diligent search, no
responsive documents are found for certain requests, we will
clearly indicate this in our updated responses. We anticipate
completing our production either by Monday, September 30, 2024
or as soon thereafter. We will let you know by the end of day
tomorrow how we intend to produce these documents after we
analyze the volume of these documents.

Plaintiffs have participated in good faith throughout the discovery
process. We have encountered difficulties with our clients being
out of the country for stretches and the departure of Sam Izzo. As

stated, we are working diligently to provide additional discovery responses and ensure that all depositions are scheduled to mutually convenient dates. If necessary, we are open to negotiating reasonable extensions to the other pre-trial deadlines, but only if it is in the interest of ensuring a thorough and fair completion of discovery for all parties.

2. **Defendants' Deposition Notices**

Regarding the objections to the deposition notices, Plaintiffs were unavailable on the originally noticed dates due to travel commitments and not being in the country. We are currently communicating with our clients to confirm their availability for depositions and expect to have confirmed dates of availability by the end of day tomorrow (September 24, 2024).

We understand that Defendants would like these depositions to go forward around Mid-October to allow enough time for preparation and review of our supplemental discovery responses. We will try our best to ensure our client is available then. We will also work out the logistics of getting our client to attend the depositions in person in Los Angeles. Since we are a remote law firm, our office may request remote connection from the court reporting service.

3. **Plaintiffs' Deposition Notices**
We understand Defendants' concerns regarding the timing of the deposition notices due to the RFPs contained therein. To address the concerns, we plan on withdrawing the RFPs included in the Notice of Deposition (subject to comparison of our already produced separate RFPs for each Defendant.) We are also willing to confer on reasonable adjustments to the schedule to accommodate any concerns.

We hope this clarifies our position on each category, and we are willing to discuss these issues further to resolve any remaining concerns without court intervention. Please let us know your availability to meet and confer on these matters.

Best,

--

Ronya Khateri

Senior Law Clerk

**PARK LLP**

201 N. Brand Bl., Suite 200

Glendale, CA 91203

Tel: (213) 616-7438

Fax: (818) 479-9958

[ronya@parkllp.law](ronya@parkllp.law)

On Mon, Sep 23, 2024 at 2:27 PM Daniel E. Park <[dpark@parkllp.law](dpark@parkllp.law)> wrote:

> That would be great. Thank you.
>
>
> Daniel E. Park, Esq.
>
> Managing Partner
>
> **PARK LLP**
>
>> On Sep 23, 2024, at 5:26 PM, Noreen, Micaylee A.
>> <[MNoreen@mcguirewoods.com](MNoreen@mcguirewoods.com)> wrote:
>>
>>
>> Counsel -
>>
>>
>> Let's discuss tomorrow at 10:30 am PST. I am happy to circulate a
>> calendar invite to facilitate our call.
>>
>> Sincerely,
>>
>>
>> **Micaylee A. Noreen**
>>
>> Associate
>>
>> McGuireWoods LLP
>>
>> T:   +1 415 844 1982 | M: +1 707 291 9801
>>
>> [mnoreen@mcguirewoods.com](mnoreen@mcguirewoods.com)
>>
>>
>> **From:** Daniel E. Park <[dpark@parkllp.law](dpark@parkllp.law)>
>> **Sent:** Monday, September 23, 2024 2:23 PM
>> **To:** Hoock, Adam <[ahoock@steptoe.com](ahoock@steptoe.com)>
>> **Cc:** Wil Rios <[wil@parkllp.law](wil@parkllp.law)>; Noreen, Micaylee A.
>> <[MNoreen@mcguirewoods.com](MNoreen@mcguirewoods.com)>; Pumphrey, Brian E.
>> <[bpumphrey@mcguirewoods.com](bpumphrey@mcguirewoods.com)>; White, Molly M.
>> <[MWhite@mcguirewoods.com](MWhite@mcguirewoods.com)>; Hicks, Sherlynn A.
>> <[shicks@mcguirewoods.com](shicks@mcguirewoods.com)>; Strickland, Julia
>> <[jstrickland@steptoe.com](jstrickland@steptoe.com)>; #-Firm Docketing <#-
>> [FirmPSDocketing@steptoe.com](FirmPSDocketing@steptoe.com)>; Ronya Khateri
>> <[ronya@parkllp.law](ronya@parkllp.law)>; Emily Yang <[emily@parkllp.law](emily@parkllp.law)>; Noemi
>> Cipriani <[noemi@parkllp.law](noemi@parkllp.law)>; Daniel Sasson
>> <[daniel@parkllp.law](daniel@parkllp.law)>; Simran Sandhu <[simran@parkllp.law](simran@parkllp.law)>
>> **Subject:** Re: [EXTERNAL] Re: Shangjin Chen, et al. v. JPMorgan
>> Chase Bank, N.A., et al.; USDC Central Case No. 2:23-cv-10874-
>> SPG-AS

**EXTERNAL EMAIL; use caution with links and attachments**

Thank you.

Daniel E. Park, Esq.

Managing Partner

**PARK LLP**

> On Sep 23, 2024, at 5:09 PM, Hoock, Adam
> <ahoock@steptoe.com> wrote:
>
> Good afternoon: I am confirming that counsel
> for Chase is available during those two times
> for tomorrow and Wednesday as well.
>
> **Adam R Hoock**
> Associate
>
> <image003.png>
>
> Steptoe LLP | 2029 Century Park East Suite 1800 |
> Los Angeles, CA 90067
> +1 213 439 9426 direct | ahoock@Steptoe.com |
> www.steptoe.com | Steptoe Bio

**From:** Wil Rios <wil@parkllp.law>
**Sent:** Monday, September 23, 2024 4:40 PM
**To:** Noreen, Micaylee A.
<MNoreen@mcguirewoods.com>
**Cc:** Daniel E. Park <dpark@parkllp.law>; Pumphrey,
Brian E. <bpumphrey@mcguirewoods.com>; White,
Molly M. <MWhite@mcguirewoods.com>; Hicks,
Sherlynn A. <shicks@mcguirewoods.com>;
Strickland, Julia <jstrickland@steptoe.com>; Hoock,
Adam <ahoock@steptoe.com>; #-Firm Docketing
<#-FirmPSDocketing@Steptoe.com>; Ronya Khateri
<ronya@parkllp.law>; Emily Yang
<emily@parkllp.law>; Noemi Cipriani
<noemi@parkllp.law>; Daniel Sasson
<daniel@parkllp.law>; Simran Sandhu
<simran@parkllp.law>
**Subject:** [EXTERNAL] Re: Shangjin Chen, et al. v.
JPMorgan Chase Bank, N.A., et al.; USDC Central
Case No. 2:23-cv-10874-SPG-AS

7/16/25, 2:34 PM                    Park LLP Mail - Re: Youngjin Lee, et al v. Morgan Chase Bank, N.A., et al - IDC Certification 23-cv-10874-SPG-AS

Case 2:23-cv-10874-SPG-AS   Document 106-5   Filed 09/04/25   Page 22 of 28   Page
ID #:2088

Dear Counsel,

We believe many of these matters can be resolved
informally without the need for court intervention. We
also explained that, due to the recent departure of
Sam Izzo, our firm attorneys need brief time to get
up to speed.

We are available tomorrow at 10:30am and
Wednesday at 11am PST to try and resolve these
issues.

I'm sure the Court will not like it if both sides don't
make good faith efforts at trying to resolve prior to
engaging in an IDC. If we still need court intervention
after the call, we'll be happy to provide our portions
for the IDC after our meet and confer efforts.

Thanks.

Best,

Wil Rios, Esq.

Associate Attorney

**PARK LLP**

201 N. Brand Bl., Suite 200

Glendale, CA 91203

Tel: (213) 616-7438

Fax: (818) 479-9958

wil@parkllp.law

On Mon, Sep 23, 2024 at 12:18 PM Noreen,
Micaylee A. <MNoreen@mcguirewoods.com> wrote:

Good afternoon –

Please be advised that, notwithstanding the
correspondence below, BANA and ML still intend
to move forward with the Informal Dispute
Resolution submission and we affirm our request
that Plaintiffs provide their position by 3:00 pm
today.

With that said, counsel for BANA/ML is available
to attend a meet and confer during the following
days and times later this week:

1. Tuesday at 10-12 or 1-2 PST
2. Wednesday at 11-12 or 2-3 PST
3. Thursday at 11-2 PST
4. Friday at 12-4 PST

Sincerely,


**Micaylee A. Noreen**

Associate

McGuireWoods LLP

T:   +1 415 844 1982 | M: +1 707 291 9801

mnoreen@mcguirewoods.com


**From:** Daniel E. Park <dpark@parkllp.law>
**Sent:** Monday, September 23, 2024 11:56 AM
**To:** Noreen, Micaylee A.
<MNoreen@mcguirewoods.com>
**Cc:** wil@parkllp.law; Pumphrey, Brian E.
<bpumphrey@mcguirewoods.com>; White, Molly
M. <MWhite@mcguirewoods.com>; Hicks,
Sherlynn A. <shicks@mcguirewoods.com>;
jstrickland@steptoe.com; ahoock@steptoe.com;
docketing@steptoe.com; Ronya Khateri
<ronya@parkllp.law>
**Subject:** Re: Shangjin Chen, et al. v. JPMorgan
Chase Bank, N.A., et al.; USDC Central Case No.
2:23-cv-10874-SPG-AS

---

**\*\*EXTERNAL EMAIL; use caution with
links and attachments\*\***

---

Dear Counsel,

We hope this message finds you
well. We would like to inform you
that Sam, the lead attorney who
was an integral part of this case, is
no longer with the firm. Please CC
the above members going forward.

We remain committed to resolving
the remaining discovery issues and
are happy to schedule a second
meet and confer.

7/16/25, 2:34 PM                    Daniel E. Park Gmail - Garza v. Shangjin Law Group; P. Magana Phase Sale - MUSA v. MSC Cerritos - Rec... Case 2:23-cv-10874-SPG-AS

Case 2:23-cv-10874-SPG-AS   Document 106-5   Filed 09/04/25   Page 24 of 28   Page
ID #:2090

We are available tomorrow or Wednesday morning anytime before 12:00 p.m. PST to discuss. Please let us know if that works for you or provide alternative times that may be more convenient.

Thank you for your cooperation, and we look forward to resolving this matter.

Best


Daniel E. Park, Esq.

Managing Partner

**PARK LLP**


> On Sep 20, 2024, at 3:53 PM, Noreen, Micaylee A. <MNoreen@mcguirewoods.com> wrote:
>
>
> Good afternoon –
>
>
> We have yet to receive any response from Plaintiffs' counsel regarding my correspondence below.
>
> As mentioned therein, we intend to seek an informal discovery dispute conference with the Magistrate Judge. To that end, please see the attached informal discovery dispute resolution form and brief, which we intend to submit to the Magistrate Judge for her consideration.
>
>
> We ask that **no later than 3:00 pm PST on Monday, September 23, 2024**, you complete and send to me Plaintiffs' Position on the items at issue, electronic copies of any exhibits you may wish the judge to consider, and offer three dates Plaintiffs are available next week to attend a dispute resolution conference. Should I not receive the information requested above by the date and time requested, we will submit the attached to the Judge on

Monday afternoon, in its current
form, but including an explanation
that Plaintiffs did not provide their
input.


Sincerely,


**Micaylee A. Noreen**


Associate

McGuireWoods LLP


T:   +1 415 844 1982 | M: +1 707
291 9801


mnoreen@mcguirewoods.com



**From:** Noreen, Micaylee A.
**Sent:** Monday, September 16, 2024
3:33 PM
**To:** 'dpark@parkllp.law'
<dpark@parkllp.law>;
'amorgenthaler@parkllp.law'
<amorgenthaler@parkllp.law>;
'jason@parkllp.law'
<jason@parkllp.law>;
'wil@parkllp.law' <wil@parkllp.law>;
'sam@parkllp.law'
<sam@parkllp.law>
**Cc:** Pumphrey, Brian E.
<bpumphrey@mcguirewoods.com>;
White, Molly M.
<MWhite@mcguirewoods.com>;
Hicks, Sherlynn A.
<shicks@mcguirewoods.com>;
'jstrickland@steptoe.com'
<jstrickland@steptoe.com>;
'ahoock@steptoe.com'
<ahoock@steptoe.com>;
'docketing@steptoe.com'
<docketing@steptoe.com>
**Subject:** RE: Shangjin Chen, et al.
v. JPMorgan Chase Bank, N.A., et
al.; USDC Central Case No. 2:23-
cv-10874-SPG-AS


Counsel,


Please advise when you are
available to attend a meet and
confer videoconference before
Friday of this week to discuss the
Deposition Notices Plaintiffs

7/16/25, 2:34 PM    Park LLP Mail - Re: Adusumilli v. JPMorgan Chase Bank, N.A., et al. (USDC Central Dist. of Cal. 2:23-cv-10874-SPG-AS

Case 2:23-cv-10874-SPG-AS   Document 106-5   Filed 09/04/25   Page 26 of 28   Page ID #:2092

recently issued to Defendants Bank
of America and Merrill Lynch,
among other things.

Please also be advised that we
intend to seek an informal discovery
conference with Magistrate Judge
Sagar, and request you provide us
your availability to attend a
telephonic conference with her on
or before September 30, 2024.

We request that you provide your
availability to the above no later
than 5:00 pm tomorrow, Tuesday,
September 17th.

Sincerely,

**Micaylee A. Noreen**

Associate

McGuireWoods LLP

T:   +1 415 844 1982 | M: +1 707
291 9801

mnoreen@mcguirewoods.com

**From:** Hicks, Sherlynn A.
<shicks@mcguirewoods.com>
**Sent:** Monday, September 16, 2024
3:23 PM
**To:** 'dpark@parkllp.law'
<dpark@parkllp.law>;
'amorgenthaler@parkllp.law'
<amorgenthaler@parkllp.law>;
'jason@parkllp.law'
<jason@parkllp.law>;
'wil@parkllp.law' <wil@parkllp.law>;
'sam@parkllp.law'
<sam@parkllp.law>;
'jstrickland@steptoe.com'
<jstrickland@steptoe.com>;
'ahoock@steptoe.com'
<ahoock@steptoe.com>;
'docketing@steptoe.com'
<docketing@steptoe.com>
**Cc:** Noreen, Micaylee A.
<MNoreen@mcguirewoods.com>;
Pumphrey, Brian E.
<bpumphrey@mcguirewoods.com>;
White, Molly M.
<MWhite@mcguirewoods.com>

**Subject:** Shangjin Chen, et al. v. JPMorgan Chase Bank, N.A., et al.; USDC Central Case No. 2:23-cv-10874-SPG-AS

Counsel:

Attached please find Defendants Bank of America, N.A. and Merrill Lynch, Pierce, Fenner & Smith Incorporated's correspondence of today's date.

Also attached is Defendants service copy of the below listed documents:

1. Amended Notice of Deposition of Shangjin Chen; and
2. Amended Notice of Deposition of Danhong Chen.

**Sherlynn A. Hicks**

Practice Assistant

McGuireWoods LLP

1800 Century Park East

8th Floor

Los Angeles, CA 90067-1501

T:  +1 310 315 8284

F:  +1 310 315 8210

shicks@mcguirewoods.com

VCard | www.mcguirewoods.com

**McGuireWoods**

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

This message and any attached documents contain information from the law firm Steptoe LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.