# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANGJIN CHEN, an individual; and DANHONG CHEN, an individual,, <br><br> Plaintiffs, <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A., a New York corporation; BANK OF AMERICA, N.A., a Delaware corporation; MERRILL LYNCH, PIERCE, FENNER & SMITH INC., a Delaware corporation; and DOES 1 through 10, inclusive,, <br><br> Defendants. | Case No. 2:23-cv-10874-SPG-AS <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS SHANGJIN CHEN AND DANHONG CHEN'S MOTION TO MODIFY THE SCHEDULING ORDER AND REOPEN DISCOVERY** |

The Court, having considered the Motion by Plaintiffs Shangjin Chen and Danhong Chen (together, "Plaintiffs") to Modify the Scheduling Order and Reopen Discovery ("Motion"), along with all supporting and opposition papers filed by the parties in connection thereto, good cause appearing therefor, hereby **ORDERS** as follows:

The Court finds that good cause exists to modify the Pretrial Scheduling Order (ECF No. 20-1) to reopen fact discovery pursuant to Federal Rule of Civil Procedure 16.

The Court hereby **GRANTS** the Motion and **ORDERS** that the prior deadline for completing fact discovery by September 30, 2024, is hereby vacated and reset. The new deadline for completing fact discovery shall be extended six months from the date of this order.

**IT IS SO ORDERED.**

Dated: _____

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT COURT

1